# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.  ED CV 15-1325-WDK (PLAx)                               Date **January 26, 2016**

Title:   **J & J Sports Productions, Inc. v. Saul Cortez Silva**

---

PRESENT:  THE HONORABLE    **PAUL L. ABRAMS**

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**      **(ORDER TO SHOW CAUSE)**

By Order dated October 29, 2015, the parties were advised that a mediation must be concluded no later than July 29, 2016.  On December 1, 2015, a Notice of Mediation Date was filed advising the parties that a mediation was scheduled for Friday, January 22, 2016, at 1:00 p.m.  A Mediation Report was filed on January 25, 2016, by the ADR Director, indicating that defendant did not appear at the scheduled mediation.  Accordingly, **defendant is ordered to show cause, no later than February 8, 2016, why monetary sanctions should not be imposed on defendant for failure to comply with this Court's October 29, 2015, Order**.

cc:    Hon. William D. Keller
       Gail Killefer, ADR Coordinator
       Thomas P. Riley, Esq.
       Saul Cortez Silva, Pro Se

Initials of Deputy Clerk   ch

CV-90 (10/98)                                           CIVIL  MINUTES  -  GENERAL