JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. ED CV 15-01325 WDK-PLA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **SAUL CORTEZ SILVA**, | |
| Defendant. | |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendant Saul Cortez Silva, individually and doing business as El Morro De Cumpas, upon the Court's grant of summary judgment in favor of plaintiff. [*See* Doc. No. 26.]

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendant Saul Cortez Silva, individually and doing business as El Morro De Cumpas, shall pay the plaintiff, J & J Sports Productions, Inc., $4,200.00 in total damages. Pursuant to Local Rules 54-10 and 54-11 plaintiff may submit its motion for costs and attorneys' fees within fourteen (14) days.

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States

mail or by telefax or by email, copies of this Judgment on counsel for the defendant or the pro se defendant in this matter.

Dated: May 25, 2017

_____
William Keller
United States District Judge